Case 3:04-cv-01494-MMC Document 68 Filed 06/01/2005 Page 1 of 5

**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Gregory W. Poulos (SBN 131428)
Lynn L. Krieger (SBN 209592)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for defendants, CHEPSTOW SHIPPING CO. LTD., AS OWNERS OF AND CLAIMANT TO THE M/V SEA CRISTOBAL and the vessel M/V SEA CRISTOBAL *in rem*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELTAK, L.L.C., a limited liability Company;

Plaintiff,

v.

INDUSTRIAL MARITIME CARRIERS WORLDWIDE, a limited liability corporation, *in personam*; CHEPSTOW SHIPPING CO. LTD., a foreign corporation, *in personam*; CEC SHIPMANAGEMENT, an entity of unknown form, *in personam*; and M.V. SEA CRISTOBAL, a.k.a. M.V. CEC CRISTOBAL, her machinery, tackle, and engines, etc., *in rem*;

Defendants.

Case No.: C-04-1494 MMC EDL

**STIPULATION AND [PROPOSED] ORDER PERMITTING PARTY REPRESENTATIVES TO ATTEND MEDIATION BY TELEPHONE**

**E-Filing**

WHEREAS: The party representatives for plaintiff and its underwriters are located in Minneapolis, Minnesota, Jacksonville, Florida, and New York, New York; the party representatives for defendants Chepstow Shipping Co. Ltd. and the M/V SEA CRISTOBAL are located in Newcastle Upon Tyne, England and Copenhagen, Denmark; and the party representative for defendant International Maritime Carriers Worldwide, LLC is located in New Orleans, Louisiana; and

WHEREAS: The parties have already engaged in substantive pre-mediation settlement discussions and have narrowed the claim amount to approximately $541,000 down from an original claim potentially exceeding $12 million; and

WHEREAS: The parties are continuing their pre-mediation settlement discussions and expect to further narrow their differences and possibly even reach a settlement before the mediation; and

WHEREAS: Some of the party representatives are unavailable to travel in June but the parties nonetheless wish to proceed with the mediation with a strong likelihood of settlement; and

WHEREAS: the cost of travel for the parties from the distant locations involved would be prohibitive; and

WHEREAS: The attorneys for each of the parties and the assigned mediator are long time colleagues among whom many cases have been settled without the need for party representative attendance:

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that all party representatives with settlement authority may attend the mediation scheduled for June 17, 2005 by telephone standby provided that they are actually and reasonably available throughout the course of the mediation. Each party will include in its mediation brief or correspondence to the mediator the contact phone numbers for each representative attending by telephone. Each party representative will have full settlement authority .

IT IS SO STIPULATED

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

Dated: May 25, 2005

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for defendants, [redacted], CHEPSTOW SHIPPING CO. LTD., AS OWNERS OF AND CLAIMANT TO THE M/V SEA CRISTOBAL and the vessel M/V SEA CRISTOBAL *in rem*

By ______________________
Gregory W. Poulos
Lynn L. Krieger

Dated: May 25, 2005

GIBSON ROBB & LINDH
Attorneys for plaintiff, DELTAK, L.L.C.

By ______________________
Joshua E. Kirsch

Dated: May 25, 2005

EMARD, DANOFF, PORT & TAMULSKI, LLP
Attorneys for defendant INTERNATIONAL MARTIME CARRIERS WORLDWIDE, LLC

By ______________________
James Tamulski

ORDER

The Court having considered the above stipulation of the parties, and finding good cause exists to excuse the personal attendance of the party representatives from the mediation now scheduled for June 17, 2005, the Court hereby ORDERS that the party representatives with full settlement authority may attend the mediation by telephone provided that they are actually and reasonably available throughout the course of the mediation. Each party is to provide the contact telephone numbers for its representative(s)

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

Dated: May 25, 2005

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for defendants, CHEPSTOW SHIPPING CO. LTD., AS OWNERS OF AND CLAIMANT TO THE M/V SEA CRISTOBAL and the vessel M/V SEA CRISTOBAL *in rem*

By ______________________
Gregory W. Poulos
Lynn L. Krieger

Dated: May 25, 2005

GIBSON ROBB & LINDH
Attorneys for plaintiff, DELTAK, L.L.C.

By ______________________
Joshua E. Kirsch

Dated: May 25, 2005

EMARD, DANOFF, PORT & TAMULSKI, LLP
Attorneys for defendant INTERNATIONAL MARTIME CARRIERS WORLDWIDE, LLC

By ______________________
James Tamulski

ORDER

The Court having considered the above stipulation of the parties, and finding good cause exists to excuse the personal attendance of the party representatives from the mediation now scheduled for June 17, 2005, the Court hereby ORDERS that the party representatives with full settlement authority may attend the mediation by telephone provided that they are actually and reasonably available throughout the course of the mediation. Each party is to provide the contact telephone numbers for its representative(s)

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

to the mediator in advance of the mediation.

IT IS SO ORDERED.

DATED: 5/31/05

/s/ Wayne D. Brazil

Hon. Wayne D. Brazil
ADR Magistrate Judge

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601