| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Gregory W. Poulos (SBN 131428) |
| 3 | Lynn L. Krieger (SBN 209592) |
| | 190 The Embarcadero |
| 4 | San Francisco, CA 94105 |
| | Telephone No.: 415-438-4600 |
| 5 | Facsimile No.: 415-438-4601 |
| 6 | Attorneys for CHEPSTOW SHIPPING CO. LTD., |
| 7 | AS OWNERS OF AND CLAIMANT TO THE M/V SEA CRISTOBAL and the vessel |
| 8 | M/V SEA CRISTOBAL *in rem* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTAK, L.L.C., a limited liability company; | Case No.: C-04-1494 MMC EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISPOSITION OF EVIDENCE (RUDDER OF THE M/V SEA CRISTOBAL)** |
| v. | |
| INDUSTRIAL MARITIME CARRIERS WORLDWIDE, a limited liability corporation, *in personam*; CHEPSTOW SHIPPING CO. LTD., a foreign corporation, *in personam*; CEC SHIPMANAGEMENT, an entity of unknown form, *in personam*; and M.V. SEA CRISTOBAL, a.k.a. M.V. CEC CRISTOBAL, her machinery, tackle, and engines, etc., *in rem*; | **E-Filing** |
| Defendants. | |

Plaintiff DELTAK, L.L.C. and defendants CHEPSTOW SHIPPING CO. LTD.,

AS OWNERS OF AND CLAIMANT TO THE M/V SEA CRISTOBAL and the vessel M/V SEA CRISTOBAL *in rem* hereby stipulate as follows with regard to the rudder of the M/V SEA CRISTOBAL, currently maintained at Southwest Marine, San Francisco Drydock:

1. The Court previously ordered on April 23, 2004 and April 28, 2004 that the M/V SEA CRISTOBAL's damaged rudder be preserved, in San Francisco, at the joint expense of the parties;

2. The case has now settled and the parties are awaiting signatures on the Release and Settlement Agreement;

3. As there is no need to continue preserving the rudder for purposes of this litigation, the parties hereby agree that the rudder may be removed from the court's jurisdiction and/or destroyed.

4. The parties therefore jointly request that the Court enter a new order permitting the rudder to be removed from the Court's jurisdiction and/or destroyed.

IT IS SO STIPULATED.

Dated: 8/22/05

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for CHEPSTOW SHIPPING CO. LTD., AS OWNERS OF AND CLAIMANT TO THE M/V SEA CRISTOBAL and the vessel M/V SEA CRISTOBAL *in rem*

By _____
Gregory W. Poulos
Lynn L. Krieger

Dated:

GIBSON ROBB & LINDH
Attorneys for plaintiff, DELTAK, L.L.C.

By _____
Joshua E. Kirsch

AS OWNERS OF AND CLAIMANT TO THE M/V SEA CRISTOBAL and the vessel M/V SEA CRISTOBAL *in rem* hereby stipulate as follows with regard to the rudder of the M/V SEA CRISTOBAL, currently maintained at Southwest Marine, San Francisco Drydock:

1. The Court previously ordered on April 23, 2004 and April 28, 2004 that the M/V SEA CRISTOBAL's damaged rudder be preserved, in San Francisco, at the joint expense of the parties;

2. The case has now settled and the parties are awaiting signatures on the Release and Settlement Agreement;

3. As there is no need to continue preserving the rudder for purposes of this litigation, the parties hereby agree that the rudder may be removed from the court's jurisdiction and/or destroyed.

4. The parties therefore jointly request that the Court enter a new order permitting the rudder to be removed from the Court's jurisdiction and/or destroyed.

IT IS SO STIPULATED.

Dated:

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for CHEPSTOW SHIPPING CO. LTD., AS OWNERS OF AND CLAIMANT TO THE M/V SEA CRISTOBAL and the vessel M/V SEA CRISTOBAL *in rem*

By _____
Gregory W. Poulos
Lynn L. Krieger

Dated: 8/22/05

GIBSON ROBB & LINDH
Attorneys for plaintiff, DELTAK, L.L.C.

By _____
Joshua E. Kirsch

STIPULATION RE DISPOSITION OF RUDDER      -2-        Case No. C 04 1494 MMC EDL

Dated: 8/25/05

EMARD, DANOFF, PORT & TAMULSKI, LLP

Attorneys for defendant INTERNATIONAL MARTIME CARRIERS WORLDWIDE, LLC

By: _____
James Tamulski

## ORDER

It is hereby ordered that the rudder currently maintained at Southwest Marine, San Francisco Drydock, pursuant to this Court's orders of April 23, 2004 and April 28, 2004, be removed from the Court's jurisdiction and disposed of as the defendants see fit.

Dated: August 29, 2005

_____
United States District Court Judge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

SEPIA SEA CRISTOBAL/
2138